# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

No: 19-3035

Filed: January 28, 2020

MURRAY RICHELSON, Individually and on behalf of all others similarly situated

    Plaintiff - Appellant

1:18cv1801 - PAG

v.

LIBERTY INSURANCE CORPORATION, other Liberty Mutual Insurance Company

    Defendant - Appellee

## MANDATE

Pursuant to the court's disposition that was filed 01/06/2020 the mandate for this case hereby issues today. Affirmed

COSTS: None